## JONES *et al.* v. HUBBARD.

### No. 2769. Opinion Filed June 11, 1913.

### (132 Pac. 1082.)

*Error from District Court, Okfuskee County; John Caruthers, Judge.*

Action by Charles J. Hubbard against John Jones and others. Judgment for plaintiff, and defendants bring error. Affirmed.

*C. B. Conner,* for plaintiffs in error.
*C. T. Huddleston,* for defendant in error.

Opinion by ROBERTSON, C. This case involves the consideration of the identical question decided by this court in the case of *Flesher et al. v. Hubbard, ante,* 132 Pac. 1080. The decision of that case is conclusive as to the issue herein, and we hereby adopt and promulgate the opinion of that case as and for the opinion in this case.

For the reasons assigned, the judgment of the district court of Okfuskee county should be affirmed.

By the Court: It is so ordered.